INHABITANTS OF SOUTH READING *vs.* WILLIAM HUTCHINSON & another.

Upon a complaint to compel kindred of a poor person to contribute towards his support, the superior court have power, under Gen. Sts. *c.* 70, § 11, to award costs, and no appea⸱ lies from their decision.

COMPLAINT to compel children of Rebecca Hutchinson, a poor person, to contribute towards her support. After a hearing in the superior court, *Putnam*, J. ordered each of the defendants to pay a certain sum, with his share of the taxable costs. The defendants appealed from so much of the order as concerned costs.

*A. V. Lynde*, for the defendants.

*J. P. Converse*, for the plaintiffs.

BIGELOW, C. J. This is not a personal action in which the costs are regulated by Gen. Sts. *c.* 156, and the provisions contained in § 5 of that chapter are inapplicable to it. It is a proceeding of a peculiar nature, authorized by Gen. Sts. *c.* 70, § 5, *et seq.*, and a special provision on the subject of costs is made in § 11. It is there enacted that the court where the proceeding is pending " may award costs to either party, as justice requires." This gives a judicial discretion to the court respecting the subject matter, in relation to which we have neither the means nor the power to adjudicate. *Appeal dismissed.*